FILED
7/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES D. WILLIAMS
REG. NO. 52171-424
USP CANAAN
U.S. PENITENTIARY
P.O. BOX 300
WAYMART, PA 18472

July 18, 2025

Mr. Thomas G. Bruton
Clerk of Court
U. S. District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL 60604

1:25-cv-08476
Judge John Robert Blakey
Magistrate Judge Maria Valdez
DIRECT / CAT.3

RE: *Britt v. United States*
Civil No. 1:25-cv-_____
Crim No. 1:18-cr-00339-1

Dear Mr. Bruton:

Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and a Memorandum of Law in Support will be forthcoming. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

JAMES D. WILLIAMS
Appearing *Pro Se*

*Encl. as noted*



**US POSTAGE PAID**
**P**
**$11.00**

Origin: 77070
07/18/25
4800420059-09

**PRIORITY MAIL®**

0 Lb 3.70 Oz

RDC 03

EXPECTED DELIVERY DAY: 07/21/25

C005

SHIP TO:
219 S DEARBORN ST
CHICAGO IL 60604-1702



**USPS TRACKING® #**



9505 5104 4801 5199 7665 93



**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

**RECEIVED**
JUL 23 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES D. WILLIAMS
REG. NO. 52171-424
USP CANAAN
U.S. PENITENTIARY
P.O. BOX 300
WAYMART, PA 18472

TO:

Mr. Thomas G. Bruton
Clerk of Court
U. S. District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL 60604





PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



PAPER POUCH



07/23/2025-11