IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CV 8476 |
| | ) | Judge John R. Blakey |
| JAMES WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
WILLIAMS' 28 U.S.C. § 2255 PETITION

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, provides this supplemental response to its March 5, 2026 response to William's § 2255 petition. Though the government believes that the pleadings in this matter establish that no issue of fact requires a hearing regarding Williams' allegation that his trial counsel failed to advise him regarding the circumstances and consequences about entering a plea vs. proceeding to trial, a hearing may be necessary on this issue if the Court disagrees. The remaining allegations in Williams' petition lack merit, as argued in the government's response, see CVR 15, and should be denied.

1

On April 14, 2026, this Court granted the government's motion for a judicial finding that Williams had waived his attorney client privilege regarding the circumstances and consequences of pleading guilty versus proceeding to trial, including relating to his sentencing exposure, and the advantages and disadvantages of testifying at trial. See CVR 20. The Court allowed Williams until April 30, 2026 to withdraw his allegations concerning his attorney's communications as to these matters, and, in the event that he did not file a pleading to that effect, it allowed the government to file a supplemental response by May 29, 2026. *Id.* Williams did not file any subsequent pleading.

After awaiting William's response and receiving none, government counsel subsequently discussed with Williams' trial counsel the issue of whether she discussed with her client the circumstances and consequences of pleading guilty versus proceeding to trial, including relating to his sentencing exposure, and the advantages and disadvantages of testifying at trial, and has reviewed emails and notes relevant to those discussions. Trial counsel denies Williams' allegation that she failed to discuss these issues with him.

As argued in the government's response, Williams' comments at sentencing regarding his decision to reject the government's plea offer because he felt that a sentence of 27 to 30 years was too long, see R. 402 at 28, makes

it clear that he considered the offered plea agreement, which informed him that he faced a maximum penalty of life, and knowingly rejected the offer. See CVR 15 at 8, 32-35, Exhibit A. This is sufficient to defeat his claim that his counsel performed ineffectively in purportedly failing to inform him of the penalties he faced if he opted to go to trial: clearly his counsel discussed the plea agreement with him and he was aware of the consequences of rejecting the government's written plea agreement and offer. Should the Court disagree, a hearing may be necessary on this issue.

The remaining allegations in Williams' petition should be denied without an evidentiary hearing, consistent with the arguments set forth in the government's March 5, 2026 response to Williams' petition.

Respectfully Submitted,

ANDREW S. BOUTROS
United States Attorney

BY: /s/ *Madeleine S. Murphy*
MADELEINE S. MURPHY
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
(312) 886-2070

3

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the aforenamed document was served pursuant to the district court's ECF system as to ECF filers on May 29, 2026 and by U.S. mail on the below-identified individual, who is not an ECF filer:

James D. Williams
No. 52171-424
USP Canaan
P.O. Box 300
Waymart, PA 18472

By:     */s/ Madeleine S. Murphy*
        MADELEINE S. MURPHY
        Assistant United States Attorney
        219 S. Dearborn Street
        Chicago, Illinois     60604
        312) 886 2070

4